**No. 63860.**—Rohner Gehrig & Co., Inc. v. United States, protest 59/16611 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.